B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Grandalski, Dennis Raymond | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Grandalski, Catherine Mary |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Dennis Grandalski; aka Dennis R. Grandalski | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Catherine Grandalski; aka Catherine M. Grandalski; aka Cathy Grandalski; aka Catherine Caughlin; aka Catherine M. Caughlin; aka Cathy Caughlin |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 2758 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 8617 |
| Street Address of Debtor (No. and Street, City, and State)<br>812 Newberry Avenue<br>La Grange Park, IL<br>ZIPCODE 60526-1656 | Street Address of Joint Debtor (No. and Street, City, and State)<br>812 Newberry Avenue<br>La Grange Park, IL<br>ZIPCODE 60526-1656 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>N.A. | ☑ Chapter 7 ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>☐ Chapter 9 Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12 ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>☐ Chapter 13 Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer ☐ Debts are primarily<br>debts, defined in 11 U.S.C. business debts<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household<br>purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on<br>4/01/13 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or<br>more classes, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-5000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Dennis Raymond Grandalski & Catherine Mary Grandalski |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X    /s/ Majdel S. Musa                    May 31, 2011<br>   Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Dennis Raymond Grandalski & Catherine Mary Grandalski

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Dennis Raymond Grandalski
_____
Signature of Debtor

X /s/ Catherine Mary Grandalski
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

May 31, 2011
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ Majdel S. Musa
_____
Signature of Attorney for Debtor(s)

MAJDEL S. MUSA 6282010
_____
Printed Name of Attorney for Debtor(s)

Musa Law Firm, Ltd.
_____
Firm Name

112 W. Calendar Ave.
_____
Address

LaGrange, IL 60525
_____

(708) 326-2500
_____
Telephone Number

May 31, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

Dennis Raymond Grandalski & Catherine
Mary Grandalski

In re_____          Case No._____
            Debtor(s)          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❏   3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏   4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

   ❏   Active military duty in a military combat zone.

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   _____/s/ Dennis Raymond Grandalski_____

                            DENNIS RAYMOND GRANDALSKI

Date:   ___May 31, 2011___

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

Dennis Raymond Grandalski & Catherine
Mary Grandalski

In re_____   Case No._____
                        Debtor(s)                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1.   Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2.   Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                    Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
　　❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:＿＿＿＿＿＿＿＿    /s/ Catherine Mary Grandalski
　　　　　　　　　　　　　　　　　CATHERINE MARY GRANDALSKI

Date: ＿＿＿＿＿＿＿＿＿＿    May 31, 2011

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

**In re** <u>Dennis Raymond Grandalski & Catherine Mary</u>    **Case No.** _____
<u>Grandalski</u>    **Debtor**                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence (Single Family Home) Location: 812 Newberry Avenue, La Grange Park, IL 60526 | Joint Tennants | J | 275,000.00 | 396,638.00 |
| | | Total ➤ | 275,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re  <u>Dennis Raymond Grandalski & Catherine Mary</u>           Case No. <u>                    </u>
<u>Grandalski</u>        **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Miscellaneous Cash on Hand | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank - Checking Account | J | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous Household Goods, Furnishings and Electronics | J | 1,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous Books Pictures, CDs, DVDs | J | 50.00 |
| 6.  Wearing apparel. | | Used Necessary Wearing Apparel, Shoes and Accessories | J | 200.00 |
| 7.  Furs and jewelry. | | Miscellaneous Costume Jewelry | J | 125.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | (2) Old SLR Cameras ($50), Sony Digital Camera ($25), (2) Firearms ($200) | H | 275.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Minnesota Life Term Life Insurance Policy - NO CASH SURRENDER VALUE | H | 0.00 |
| | | Protectors Life Insurance Company Term Life Insurance Policy - NO CASH SURRENDER VALUE | W | 0.00 |
| | | NRA Life Term Life Insurance Policy - NO CASH SURRENDER VALUE | H | 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

In re  <u>Dennis Raymond Grandalski & Catherine Mary</u>          Case No. _____
      <u>Grandalski</u>    **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Fidelity Investments SEP IRA, No. xxx-xx2294 | H | 34,220.30 |
| | | Arthur Andersen LLP Pension Plan.  As such, it is not an asset of the estate.  Debtor to receive a monthly benefit of $984.30 beginning  05/01/2013 | H | Indeterminate |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 100% Interest in LaGrange Printers, Inc. [Assets include 3 printing presses ($11,000), two copiers ($1000), miscellaneous equipment ($500) and a  2007 Chrysler Town and Country (65,000 Miles with $4,000 owed to US Bank) ($7,200)] | J | 0.00 |
| | | 100% Interest in Multi-State Investment, LLC [Assets include 3 single family homes in Peoria, IL which are fully encumbered] | J | 0.00 |
| | | 100% Interest in Engravery Ink, Co. [Business assets include a 2002 Toyota Prius with 87,000 Miles in Fair Condition with battery issues ($3,650.00) and an engraving  tool with air compressor ($400)] | W | 4,050.00 |
| | | 100% Interest in Great Lakes Shooting Supply, Inc. [No assets - not operating] | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Beneficiary to Revocable Trust for Debtor's Aunt | H | 0.00 |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re    Dennis Raymond Grandalski & Catherine Mary                        Case No. _____
         Grandalski    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Family Pet: 9 Year Old Australian Cattle Dog | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

____0____   continuation sheets attached     Total    $    40,220.30

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C)  (04/10)

In re  Dennis Raymond Grandalski & Catherine Mary                              Case No. _____
       Grandalski      Debtor                                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                        $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 100% Interest in Engravery Ink, Co. [Business assets include a 2002 Toyota Prius with 87,000 Miles in Fair Condition with battery issues ($3,650.00) and an engraving tool with air compressor ($400)] | (Wife)735 I.L.C.S 5§12-1001(b) | 100% of FMV | 4,050.00 |
| Fidelity Investments SEP IRA, No. xxx-xx2294 | (Husb)735 I.L.C.S 5§12-1006 | 100% of FMV | 34,220.30 |
| Arthur Andersen LLP Pension Plan.  As such, it is not an asset of the estate.  Debtor to receive a monthly benefit of $984.30 beginning  05/01/2013 | (Husb)735 I.L.C.S 5§12-1006 | 100% of FMV | Indeterminate |
| Miscellaneous Cash on Hand | (Husb)735 I.L.C.S 5§12-1001(b) | 100% of FMV | 100.00 |
| PNC Bank - Checking Account | (Husb)735 I.L.C.S 5§12-1001(b) | 100% of FMV | 200.00 |
| Miscellaneous Household Goods, Furnishings and Electronics | (Husb)735 I.L.C.S 5§12-1001(b) | 100% of FMV | 1,000.00 |
| Miscellaneous Books Pictures, CDs, DVDs | (Husb)735 I.L.C.S 5§12-1001(b) | 100% of FMV | 50.00 |
| Used Necessary Wearing Apparel, Shoes and Accessories | (Husb)735 I.L.C.S 5§12-1001(a) | 100% of FMV | 200.00 |
| Miscellaneous Costume Jewelry | (Husb)735 I.L.C.S 5§12-1001(b) | 100% of FMV | 125.00 |
| (2) Old SLR Cameras ($50), Sony Digital Camera ($25), (2) Firearms ($200) | (Husb)735 I.L.C.S 5§12-1001(b) | 100% of FMV | 275.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07)**

In re  Dennis Raymond Grandalski & Catherine Mary,        Case No. _____
       Grandalski        **Debtor**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Codilis & Associates<br>15 W 030 N. Frontage Road<br>Burr Ridge, IL 60527 | | | Attorney for Fifth Third Bank<br>Case No. 2011-CH-06073<br><br><br>VALUE $              0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. xxxxxxxx6093<br><br>Fifth Third Bank<br>c/o Bankruptcy Dept. MDROPSO5<br>1850 East Paris<br>Grand Rapids, MI 49546 | | J | Incurred: 02/2008<br>Lien: Deed of Trust<br><br><br>VALUE $      275,000.00 | | | | 307,273.00 | 32,273.00 |
| ACCOUNT NO. xxxxxxxx8282<br><br>Fifth Third Bank<br>c/o Bankruptcy Dept., Mail Drop RSCB3E<br>1830 E. Paris Avenue<br>Grand Rapids, MI 49546 | | J | Incurred: 04/2005<br>Lien: Second Deed of Trust<br><br><br>VALUE $      275,000.00 | | | | 89,365.00 | 89,365.00<br>This amount based upon existence of Superior Liens |

_1_____continuation sheets attached

Subtotal ▶        $  396,638.00   $ 121,638.00
(Total of this page)

Total ▶        $              $
(Use only on last page)

(Report also on        (If applicable, report
Summary of Schedules)   also on Statistical
                        Summary of Certain
                        Liabilities and Related
                        Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Dennis Raymond Grandalski & Catherine Mary___,    Case No. _____

Grandalski    **Debtor**    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Heritage Bank of Central Illinois Attn: Bankruptcy 615 North Trivoli Avenue Trivoli, IL 61569 | | J | Incurred: 2004 Lien: Deed of Trust Security: Real Property: 1406 S. Westmoreland St., Peoria, IL and 1458 W. Garden St., Peoria, IL VALUE $ 20,000.00 | | | | 41,000.00 | 21,000.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 41,000.00 | $ 21,000.00 |
| Total(s) (Use only on last page) | $ 437,638.00 | $ 142,638.00 |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6E (Official Form 6E) (04/10)

In re  <u>Dennis Raymond Grandalski & Catherine Mary Grandalski</u>.          Case No._____
                        Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re  Dennis Raymond Grandalski & Catherine Mary_____,      Case No._____
          Grandalski      Debtor                                                                      (if known)

 

☐     **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

 

☐     **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐     **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

 

☐     **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

 

☐     **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

     * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ **continuation sheets attached**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re ___ Dennis Raymond Grandalski & Catherine Mary          Case No. _____
Grandalski      **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ADT Security Services, Inc. <br> 111 Windsor Drive <br> Oak Brook, IL 60523 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx0012 <br><br> Advanta Bank Corp. <br> PO Box 844 <br> Spring House, PA 19477 | | H | Incurred: 2003-2010 <br> Consideration: Credit card debt | | | | 12,238.00 |
| ACCOUNT NO. <br><br> Allied Interstate Inc. <br> 3000 Corporate Exchange Drive <br> 5th Floor <br> Columbus OH 43231-0000 | | | Consideration: Collection for Loews | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx5338 <br><br> Amalgamated Bank of Chicago <br> 1 West Monroe Street <br> Chicago, IL 60603 | | J | Incurred: 1992-2010 <br> Consideration: Credit card debt | | | | 8,075.00 |

__16__ ____continuation sheets attached

Subtotal ➤ | $ | 20,313.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary
       Grandalski        **Debtor**                          Case No. _____
                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxxxxxx9572 <br><br> American Home Mortgage Servicing <br> Attn:  Bankruptcy Department <br> 1525 S. Beltline Road <br> Coppell, TX 75019 | | H | Incurred: 2006 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO.   xxxxxxxx6354 <br><br> American Home Mortgage Servicing <br> Attn:  Bankruptcy Department <br> 1525 S. Beltline Road <br> Coppell, TX 75019 | | H | Incurred: 2007 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO.   xxxxxxxx8236 <br><br> American Home Mortgage Servicing <br> Attn:  Bankruptcy Department <br> 1525 S. Beltline Road <br> Coppell, TX 75019 | | H | Incurred: 2007 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO. <br><br> Americas Servicing Company <br> Attn:  Bankruptcy <br> 3476 State View Blvd. <br> Fort Mill, SC 29715 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Associated Creditor Exchange <br> 3443 N. Central Avenue <br> Suite 1100 <br> Phoenix, AZ 85012 | | | Consideration: Collection for US Bank | | | | Notice Only |

Sheet no. __1__ of __16__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $              0.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary    ,        Case No. _____
Grandalski          **Debtor**                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Associated Creditor Exchange<br>PO Box 33130<br>Phoenix, AZ 85067-3313 | | | Consideration: Collection for US Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Associated Recovery Systems<br>PO Box 469046<br>Escondido CA 92046-9046 | | | Consideration: Collection for Bank of America | | | | Notice Only |
| ACCOUNT NO.<br><br>AT&T Real Yellow Pages<br>Published by Dex<br>5000 College Blvd.<br>Overland Park, KS 66211-1629 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx4459<br><br>Bank of America<br>Attn:  Bankruptcy NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27410 | J | | Incurred: 2003-2010<br>Consideration: Business Line of Credit | | | | 76,583.00 |
| ACCOUNT NO.  xxxxxxxx3865<br><br>Bank of America<br>Attn:  Bankruptcy NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27410 | H | | Incurred: 2002-2010<br>Consideration: Credit card debt | | | | 12,499.00 |

Sheet no. __2__ of __16__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 89,082.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary ,    Case No. _____
Grandalski    **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx0673 <br><br> Bank of America <br> PO Box 17054 <br> Wilmington, DE 19850 | | H | Incurred: 1998-2011 <br> Consideration: Credit card debt | | | | 29,861.00 |
| ACCOUNT NO. <br><br> Blatt, Hasenmiller, Leibsker & Moore LLC <br> 125 S. Wacker Drive, Suite 400 <br> Chicago, IL 60606 | | | Consideration: Attorney for Capital One Bank <br> Case No. 2011-M1-120263 | | | | Notice Only |
| ACCOUNT NO. <br><br> Capital Management Services, LP <br> 726 Exchange Street, Suite 700 <br> Buffalo NY 14210-0000 | | | Consideration: Collection for Discover Financial Services | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx9833 <br><br> Capital One, N.A. <br> Attn: Bankruptcy Dept. <br> PO Box 30285 <br> Salt Lake City, UT 84130 | | H | Incurred: 2007-2010 <br> Consideration: Credit card debt | | | | 3,441.00 |
| ACCOUNT NO.  xxxxxxxx8899 <br><br> Chase Bank <br> Attn: Bankruptcy <br> PO Box 15298 <br> Wilmington, DE 19850 | | H | Incurred: 2006-2010 <br> Consideration: Credit card debt | | | | 8,796.00 |

Sheet no. __3__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    42,098.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary                    ,        Case No. _____
Grandalski            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx4102 <br><br> Chase Home Mortgage <br> PO Box 1093 <br> Northridge, CA 91328 | | J | Incurred: 2005 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx5234 <br><br> Chase Home Mortgage <br> PO Box 1093 <br> Northridge, CA 91328 | | J | Incurred: 2003 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx2547 <br><br> Chase Mortgage <br> 10790 Rancho Bernardo Road <br> San Diego, CA 92127 | | H | Incurred: 2007 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO. <br><br> Chicago Office Technology Group <br> 1 E. Wacker Drive, Suite 1305 <br> Chicago, IL 60601-1923 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx0301 <br><br> CitiMortgage, Inc. <br> PO Box 9438 <br> Gaithersburg, MD 20898 | | J | Incurred: 2001 <br> Consideration: Deficiency | | | | Notice Only |

Sheet no. __4__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Dennis Raymond Grandalski & Catherine Mary        ,      Case No. _____
Grandalski        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Peoria<br>419 Fulton<br>Peoria, IL 61602 | | | Consideration: Government Fine<br>Case No. 11 OV 939 | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Peoria<br>Legal Department<br>419 Fulton, Room 200<br>Peoria, IL 61602 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>City of Peoria - Finance Department<br>419 Fulton Street, Rm 106<br>Peoria, IL 61602-1276 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Client Services, Inc.<br>3451 Harry Truman Blvd.<br>St. Charles, MO 63301-4047 | | | Consideration: Collection for US Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Clyde B. Hendricks<br>245 NE Perry Ave.<br>Peoria, IL 61603 | | | Consideration: Legal Services | | | | 300.00 |

Sheet no. __5__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 300.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis Raymond Grandalski & Catherine Mary</u>,      Case No. _____
<u>Grandalski</u>      **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> County of Peoria <br> County Clerk:  Tax & Real Estate <br> 324 Main Street <br> Peoria, IL 61602 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> County of Peoria <br> County Clerk:  Tax & Real Estate <br> 324 Main Street <br> Peoria, IL 61602 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Digital Printing & Total Graphics Inc. <br> 123 Eisenhower Lane South <br> Lombard, IL 60148-5408 | | | | | | | Notice Only |
| ACCOUNT NO.   xxxxxxxx5172 <br><br> Discover Financial Services <br> PO Box 6103 <br> Carol Stream, IL 60197 | | H | Incurred: 2002-2010 <br> Consideration: Credit card debt | | | | 12,540.00 |
| ACCOUNT NO.   xxxxxxxx2672 <br><br> Discover Financial Services <br> PO Box 6103 <br> Carol Stream, IL 60197 | | W | Incurred: 1986-2010 <br> Consideration: Credit card debt | | | | 11,685.00 |

Sheet no. <u>6</u> of <u>16</u> continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 24,225.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary ,     Case No. _____
Grandalski        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxx0354<br><br>Discover Financial Services<br>PO Box 6103<br>Carol Stream, IL 60197 | | H | Incurred: 2006-2010<br>Consideration: Credit card debt | | | | 3,523.00 |
| ACCOUNT NO. xxxxxxxx4660<br><br>Dyck O'Neal Inc.<br>15301 Spectrum Drive<br>Addison, TX 75001 | | J | Incurred: 2009<br>Consideration: Installment loan | | | | 5,812.00 |
| ACCOUNT NO.<br><br>Echelon Recovery Inc.<br>PO Box 1880<br>Vorhees, NJ 08043 | | | Consideration: Collection for US Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Echelon Recovery Services<br>2 Echelon Plaza<br>221 Laurel Road, Suite 160<br>Voorhees NJ 08043 | | | Consideration: Collection for US Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>EMC Mortgage<br>Attn: Bankruptcy Clerk<br>PO Box 293150<br>Lewisville, TX 75029 | | | | | | | Notice Only |

Sheet no. 7 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,335.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary ,    Case No. _____
Grandalski   **Debtor**                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Encore Receivable Management Inc.<br>PO Box 3330<br>Olathe KS 66063-3330 | | | Consideration: Collection for Discover Financial Services and Lowes | | | | Notice Only |
| ACCOUNT NO.<br><br>F. Oliva and Sons<br>317 Madison Street<br>Maywood, IL 60153-2191 | | | | | | | Notice Only |
| ACCOUNT NO.   xxxxxxxx8279<br><br>Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati OH 45227-0000 | | | Incurred: 2000-2010<br>Consideration: Business Line of Credit | | | | 48,285.57 |
| ACCOUNT NO.<br><br>Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Financial Recovery Services, Inc.<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | | | Consideration: Collection for Discover Financial Services | | | | Notice Only |

Sheet no. __8__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 48,285.57

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary ,          Case No. _____
       Grandalski        **Debtor**                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FMS, Inc.<br>PO Box 707600<br>Tulsa OK 74170-7600 | | | Consideration: Collection for Discover Financial Services | | | | Notice Only |
| ACCOUNT NO.<br><br>Folder Express<br>11616 I ST<br>Omaha, NE 68137 | | | | | | | Notice Only |
| ACCOUNT NO.   xxxxxxxx4585<br><br>GEMB / Lowes<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell GA 30076-0000 | | H | Incurred: 2003-2010<br>Consideration: Credit card debt | | | | 15,827.89 |
| ACCOUNT NO.<br><br>Graphic III Paper, Inc.<br>305 Eisenhower Lane South<br>Lombard, IL 60148-5406 | | | | | | | Notice Only |
| ACCOUNT NO.   1,000.00<br><br>Greater Peoria Sanitary District<br>2322 South Darst Street<br>Peoria, IL 61607-2093 | | | Consideration: Utility | | | | |

Sheet no.  9  of  16  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ► | $ | 15,827.89 |
|---|---|---|---|
| | Total ► | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Dennis Raymond Grandalski & Catherine Mary</u>,      Case No. _____
   Grandalski   **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hagg Press, Inc. <br> 1165 Jansen Farm Court <br> Elgin, IL 60123 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Integrated Print and Graphics, Inc. <br> 645 Stevenson Road <br> South Elgin, IL 60177-1134 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Irwin Mortgage Company <br> PO Box 3084 <br> Visalia, CA 93278 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> James Douglas & Associates <br> PO Box 318 <br> Western Springs, IL 60558 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Joerg Seifert, Ltd., P.C. <br> 263 North York Road, Suite 201 <br> Elmhurst, IL 60126 | | | | | | | Notice Only |

Sheet no. <u>10</u> of <u>16</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $           0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Dennis Raymond Grandalski & Catherine Mary _____ ,   Case No. _____
Grandalski          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Law Office of Troy I. Roberts, PC <br> 245 NE Perry Avenue <br> Peoria, IL 61603-3625 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Monarch Recovery Management, Inc. <br> 10965 Decatur Road <br> Philadelphia, PA 19154 | | | Consideration: Collection for Lowes | | | | Notice Only |
| ACCOUNT NO. <br><br> NAFS, Inc. <br> PO Box 9027 <br> Buffalo NY 14231-0000 | | | Consideration: Collection for Chase | | | | Notice Only |
| ACCOUNT NO. <br><br> National Action Financial Services <br> 165 Lawrence Bell Drive <br> Suite 100 <br> Buffalo NY 14221-7817 | | | Consideration: Collection for Chase Bank | | | | Notice Only |
| ACCOUNT NO. <br><br> National Enterprise Systems <br> 29125 Solon Road <br> Solon OH 44139-0000 | | | Consideration: Collection for Bank of America | | | | Notice Only |

Sheet no.  11  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Dennis Raymond Grandalski & Catherine Mary___,      Case No. _____
Grandalski          **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Patrick Nichting<br>City Treasurer/Township Collector<br>419 Fulton, Room 100<br>Peoria, IL 61602 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Peoria County Clerk<br>324 Main Street, Room 101<br>Peoria, IL 60602 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Phillips & Cohen Associates, Ltd.<br>1002 Justison Street<br>Wilmington DE 19801-0000 | | | Consideration: Collection for Advanta Bank Corp. | | | | Notice Only |
| ACCOUNT NO.<br><br>Priority Print<br>9433 Ogden Avenue<br>Brookfield, IL 60513-1896 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Redline Recovery Services<br>11675 Rainwater Dr. Ste 350<br>Alpharetta GA 30009-0000 | | | Consideration: Collection for Discover Financial Services | | | | Notice Only |

Sheet no. _12_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Dennis Raymond Grandalski & Catherine Mary _____,   Case No. _____
Grandalski     **Debtor**                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx6583 <br><br> Riverside Bank Gulfcoast <br> 521 Del Prado Blvd. S <br> Cape Coral, FL 33990 | | H | Incurred: 2005 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO. <br><br> Roundpoint Mortgage Servicing Corp. <br> 5032 Parkway Plaza Blvd., Suite 200 <br> Charolette, NC 28217 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Roundpoint Mortgage Servicing Corp. <br> PO Box 19409 <br> Charolette, NC 28219-9409 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx0207 <br><br> Suntrust Mortgage <br> Attn:  Bankruptcy <br> PO Box 85092 <br> Richmond, VA 23286 | | H | Incurred: 2007 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx0307 <br><br> Taylor Bean and Whitaker Mortgage <br> Attn:  Bankruptcy <br> 1417 N. Magnolia Avenue <br> Ocala, FL 34475 | | H | Incurred: 2007 <br> Consideration: Deficiency | | | | Notice Only |

Sheet no.  13  of  16  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Dennis Raymond Grandalski & Catherine Mary         ,          Case No. _____
Grandalski        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxxxxxx0307 <br><br> Taylor Bean and Whitaker Mortgage <br> Attn: Bankruptcy <br> 1417 N. Magnolia Avenue <br> Ocala, FL 34475 | | H | Incurred: 2007 <br> Consideration: Deficiency | | | | Notice Only |
| ACCOUNT NO. <br><br> Team Concept Printing and Thermography <br> 540 Tower Blvd. <br> Carol Stream, IL 60188 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> The Bureaus Inc. <br> 1717 Central Street <br> Evanston, IL 60201 | | | Consideration: Collection for Amalgamated Bank of Chicago | | | | Notice Only |
| ACCOUNT NO. <br><br> Travelers CL Remittance Center <br> PO Box 660317 <br> Dallas, TX 75266-0317 | | | | | | | Notice Only |
| ACCOUNT NO.   xxxxxxxx7726 <br><br> Universal / Citibank SD, NA <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO 64195 | | W | Incurred: 1998-2010 <br> Consideration: Credit card debt | | | X | 177.00 |

Sheet no. __14__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 177.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dennis Raymond Grandalski & Catherine Mary                ,        Case No. _____
         Grandalski        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| US Bank Illinois-Chicago Indirect Lending PO Box 790179 St. Louis, MO 96179-0179 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx1024 | | W | Incurred: 2007-2010 Consideration: Credit card debt | | | | 3,172.00 |
| US Bank NA ND Attn: Bankruptcy Department PO Box 5227 Cincinnati, OH 45201 | | | | | | | |
| ACCOUNT NO.  xxxxxxxx8724 | | H | Incurred: 1999-2010 Consideration: Credit card debt | | | | 16,451.00 |
| US Bank NA ND Attn: Bankruptcy Department PO Box 5229 Cincinnati, OH 45201 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| Veola Enviornmental Services 4612 W. Lake Street Melrose Park, IL 60160 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Collection for Bank of America | | | | Notice Only |
| Viking Collection Service, Inc. 7500 Office Ridge Circle Eden Prairie MN 55344-0000 | | | | | | | |

Sheet no. __15__ of __16__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,623.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Dennis Raymond Grandalski & Catherine Mary _____ ,        Case No. _____
Grandalski        **Debtor**                                                      **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Wachovia Mortgage / Wells Fargo Attn: Bankruptcy PO Box 10335 Des Moines, IA 50306 | | | | | | | Notice Only |
| ACCOUNT NO. Xerox Corporation PO Box 660501 Dallas, TX 75266-0501 | | | | | | | Notice Only |
| ACCOUNT NO. Yellowbook PO Box 3162 Cedar Rapids, IA 52406-9921 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __16__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                0.00

Total ➤   $      269,266.46

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**B6G (Official Form 6G) (12/07)**

In re **Dennis Raymond Grandalski & Catherine Mary Grandalski**            Case No. _____
_____
Debtor                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| James Douglas & Associates<br>901 Burlington Avenue<br>Western Springs, IL 60558 | Commercial Lease for 106 W. Burlington Avenue, LaGrange, IL 60525<br>$4,200.00 Per Month for 36 Months, Expires 10/2013<br>La Grange Printers, Inc. is the lessee.  Debtors have personal liability. |
| Xerox Corporation<br>PO Box 660501<br>Dallas, TX 75266-0501 | Lease on nonresidential real property<br>Xerox machine lease and computer lease. Expires 2014. |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re <u>Dennis Raymond Grandalski & Catherine Mary</u>          Case No. _____
<u>Grandalski</u>          **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re    Dennis Raymond Grandalski & Catherine Mary
Grandalski    **Debtor**                              Case _____
                                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:    Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Customer Service |
| Name of Employer | | La Grange Printers, Inc. |
| How long employed | | 18 Years |
| Address of Employer | | 106 W. Burlington Avenue |
| | | La Grange, IL 60525 |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 3,466.66 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 3,466.66 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 612.51 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 612.51 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,854.15 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify)_____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 0.00 | $ 2,854.15 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 2,854.15 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None.

_____

_____

_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

In re   Dennis Raymond Grandalski & Catherine Mary
    Grandalski     **Debtor**
Case No. _____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes _____ No ✓ | |
| b. Is property insurance included? | Yes _____ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 180.00 |
| b. Water and sewer | | $ 40.00 |
| c. Telephone | | $ 110.00 |
| d. Other Cable / Internet | | $ 194.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 450.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 400.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 128.54 |
| c. Health | | $ 744.87 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other Hair Cuts / Personal Care | | $ 50.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, | | $ 2,847.41 |

if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Debtors will live with Aunt and not pay rent temporarily. _____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $2,854.15.  See Schedule I) | | $ 2,854.15 |
| b. Average monthly expenses from Line 18 above | | $ 2,847.41 |
| c. Monthly net income (a. minus b.)   (Net includes Debtor/Spouse combined Amounts) | | $ 6.74 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Dennis Raymond Grandalski & Catherine Mary Grandalski

Debtor

Case No. _____

Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $  275,000.00 | | |
| B – Personal Property | YES | 3 | $   40,220.30 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $   437,638.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $   0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $   269,266.46 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $   2,854.15 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $   2,847.41 |
| TOTAL | | 30 | $  315,220.30 | $  706,904.46 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

# United States Bankruptcy Court
## Northern District of Illinois

In re   Dennis Raymond Grandalski & Catherine Mary Grandalski   Case No. _____

Debtor

Chapter   _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 2,854.15 |
| Average Expenses (from Schedule J, Line 18) | $ 2,847.41 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 4,929.87 |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 142,638.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 269,266.46 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 411,904.46 |

In re _____    Case No. _____
Dennis Raymond Grandalski & Catherine Mary Grandalski
                    **Debtor**                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____32_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  May 31, 2011                         Signature:  /s/ Dennis Raymond Grandalski
                                                        Debtor

Date  May 31, 2011                         Signature:  /s/ Catherine Mary Grandalski
                                                        (Joint Debtor, if any)

                                              [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                        _____
                                                        [Print or type name of individual signing on behalf of debtor.]

--------------------------------------------------------------------------------------------------------------------------------
                    *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re Dennis Raymond Grandalski & Catherine Mary Grandalski

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2011(db) | 0.00 | |
| 2010(db) | 6,100.00 | Employment Income |
| 2009(db) | 28,000.00 | Employment Income |
| | | |
| 2011(jdb) | 15,490.00 | Employment Income |
| 2010(jdb) | 35,000.00 | Employment Income |
| 2009(jdb) | 28,490.00 | Employment Income |

**2.    Income other than from employment or operation of business**

None        State the amount of income received by the debtor other than from employment, trade, profession, or operation
☐        of the debtor's business during the two years immediately preceding the commencement of this case.   Give
        particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter
        12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2011  (db) | 10,656.00 | Unemployment Compensation |
| 2010(db) | 12,654.00 | Unemployment Compensation |

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made
within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk
(*)any payments that were made to a creditor on account of a domestic support obligation or as part of an
alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None

☒     *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Capital One Bank v. Dennis Grandalski Case No. 2011 M1 120263 | Collection / Breach of Contract | Cook County Circuit Court Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602 | Pending |
| Fifth Third Mortgage Corporation v. Catherine Grandalski et al Case No. 2011 CH 06073 | Foreclosure | Cook County Circuit Court Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602 | Pending |
| City of Peoria v. Dennis Grandalski Case No. 11 OV 939 | Environmental Violations | Peoria County Circuit Court Tenth Judicial Circuit 324 Main Street Peoria, IL 61602 | Pending |
| Taylor Bean & Whitaker Mortgage v. Catherine Grandalski Case No. 08-04405-CA | Foreclosure | Collier County Courthouse Annex, 2nd Floor 3315 Tamiami Trail East Naples, FL 34112-5324 | Judgment for Plaintiff |
| Suntrust Mortgage Inc. v. Dennis R. Grandalski Case No. 36-09-CA-057590 | Foreclosure | Lee County Justice Center 1700 Monroe Street Ft. Myers, FL 33901 | Judgment for Plaintiff |
| LaSalle Bank v. Dennis Grandalski Case No. 36-2008-CA-015056 | Foreclosure | Lee County Justice Center 1700 Monroe Street Ft. Myers, FL 33901 | Judgment for Plaintiff |

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
       13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON FOR WHOSE BENEFIT<br>PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐      lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
       (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
       both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Suntrust Mortgage<br>Attn:  Bankruptcy<br>PO Box 85092<br>Richmond, VA 23286 | 03/2011 | 4608 Ida Avenue N,<br>Lehigh Acres, FL<br>Fair Market Value:<br>$45,000.00 |
| County of Peoria<br>County Clerk:  Tax & Real Estate<br>324 Main Street<br>Peoria, IL 61602 | 05/08/2011 | Real Property:  326 S.<br>Stubenville Avenue,<br>Peoria, IL<br>Fair Market Value,<br>$7,500.00<br><br>Sold for back property<br>taxes. |

**6.   Assignments and Receiverships**

None   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒      the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
       assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None ☒   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.   Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.   Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.   Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Majdel S. Musa Musa Law Firm, Ltd. 112 W. Calendar Ave. LaGrange, IL 60525 | 05/2011 | $2,500.00 plus $299.00 Filing Fee |

**10.  Other transfers**

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Fifth Third Bank PO Box 930900 Cincinnati, OH 45263-0900 | Checking Account No. xxxxxx6143  Closing Balance: 0.00 | 10/27/2010 |
| Fifth Third Bank PO Box 930900 Cincinnati, OH 45263-0900 | Business Checking Account (Great Lakes Shooting Supplies), Account No. Unknown  Closing Balance: $30.00 | Closed 3/2011 |
| Fifth Third Bank PO Box 930900 Cincinnati, OH 45263-0900 | Business Checking Account (Engravery Inc, Co.), Account No. Unknown  Closing Balance: $0.00 | Closed 03/2011 |
| Fifth Third Bank PO Box 930900 Cincinnati, OH 45263-0900 | Business Checking Account (La Grange Printers, Inc.), Account No. xxxxxxx8281  Closing Balance: $0.00 | 01/2011 |

**12.  Safe deposit boxes**

None          List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒          valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under
chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None          List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
☒          preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None          List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Helen Grandalski<br>5401 S. Kedvale Avenue<br>Chicago, IL 60632 | Harris Bank Checking Account Checking account is in Mother's name only, debtor has signing rights to help pay bills, if necessary. Approximate $11,000.00 Balance | In Helen Grandalski's Possession |

**15.  Prior address of debtor**

None          If the debtor has moved within the three years immediately preceding the commencement of this case, list all
☒          premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

**16.  Spouses and Former Spouses**

None
☒

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

     NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None    a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
☐       businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
        managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or
        other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
        which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
        preceding the commencement of this case.

        If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
        beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
        voting or equity  securities, within the six years immediately preceding the commencement of this case.

        If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
        beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
        voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| LaGrange Printers, Inc. | 36-3859363 | 106 W. Burlington Avenue LaGrange, IL 60525 | Commercial Printing | 12/1992 to Present |
| Multi-State Investment, LLC | 20-5633536 | 812 Newberry Avenue La Grange Park, IL 60526 | Real Estate Investment | 10/06/2006 to Present |
| Great Lakes Shooting Supply, Inc. | 27-1894464 | 812 Newberry Avenue LaGrange Park, IL 60526 | Gun Show Firearm Sales | 02/12/2010 to Present |
| Engravery Ink, Co. | 27-1894564 | 812 Newberry Avenue LaGrange Park, IL 60526 | Glass and Metal Engraving | 02/12/2010 to Present |

        b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
        U.S.C. § 101.
None
☒
        NAME                                                                    ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an
officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

        *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in
business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has
not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| One Stop Business Consultants, Inc. | 2009-Present |
| 112 Calendar Avenue | |
| LaGrange, IL 60525 | |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒    have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐    of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Dennis Grandalski | 106 W. Burlington Avenue |
| | LaGrange, IL 60525 |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒    financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20.  Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒    taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None   b.    List the name and address of the person having possession of the records of each of the two inventories
☒      reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒      or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE OF
                                                                  STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒      preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL

None   b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒      within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23.   Withdrawals from a partnership or distribution by a corporation**

None         If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒      including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
       during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF              DATE AND PURPOSE              AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP        OF WITHDRAWAL                DESCRIPTION AND VALUE
TO DEBTOR                                                   OF PROPERTY

24. **Tax Consolidation Group**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
⊠    any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

25. **Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
⊠    which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct.

Date    May 31, 2011                    Signature    /s/ Dennis Raymond Grandalski
of Debtor    DENNIS RAYMOND GRANDALSKI

Date    May 31, 2011                    Signature    /s/ Catherine Mary Grandalski
of Joint Debtor    CATHERINE MARY GRANDALSKI

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X_____          _____

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

Dennis Raymond Grandalski & Catherine Mary Grandalski

In re _____ ,    Case No. _____
              Debtor                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank<br>c/o Bankruptcy Dept. MDROPSO5<br>1850 East Paris<br>Grand Rapids, MI 49546 | **Describe Property Securing Debt:**<br>Residence (Single Family Home)<br>Location:  812 Newberry Avenue, La Grange Park, IL 60526 |

Property will be *(check one):*

  ☑ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one):*

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

    ☐ Claimed as exempt           ☑ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank<br>c/o Bankruptcy Dept., Mail Drop RSCB3E<br>1830 E. Paris Avenue<br>Grand Rapids, MI 49 | **Describe Property Securing Debt:**<br>Residence (Single Family Home)<br>Location:  812 Newberry Avenue, La Grange Park, IL 60526 |

Property will be *(check one):*

  ☑ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one):*

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

    ☐ Claimed as exempt           ☑ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B8 (Official Form 8) (12/08)                                                                                              Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br> Xerox Corporation<br> PO Box 660501<br> Dallas, TX 75266-0501 | **Describe Leased Property:**<br> Xerox machine lease and computer lease. Expires 2014. | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br> ☑ YES       ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br> ☐ YES       ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br> ☐ YES       ☐ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: May 31, 2011 _____

_____
/s/ Dennis Raymond Grandalski
Signature of Debtor

_____
/s/ Catherine Mary Grandalski
Signature of Joint Debtor

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 32866-301X-08610 - PDF-XChange 3.0

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Dennis Raymond Grandalski & Catherine Mary Grandalski _____   Case No. _____
         **Debtor**                                               **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

      I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person,
or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certification of the Debtor

      I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

 Dennis Raymond Grandalski & Catherine Mary Grandalski      X   /s/ Dennis Raymond Grandalski      May 31, 2011
Printed Names(s) of Debtor(s)                                                     Signature of Debtor                        Date

Case No. (if known)  _____      X   /s/ Catherine Mary Grandalski      May 31, 2011
                                                                           Signature of Joint Debtor, (if any)           Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

ADT Security Services, Inc.
111 Windsor Drive
Oak Brook, IL 60523


Advanta Bank Corp.
PO Box 844
Spring House, PA 19477


Allied Interstate Inc.
3000 Corporate Exchange Drive
5th Floor
Columbus OH 43231-0000


Amalgamated Bank of Chicago
1 West Monroe Street
Chicago, IL 60603


American Home Mortgage Servicing
Attn:  Bankruptcy Department
1525 S. Beltline Road
Coppell, TX 75019


American Home Mortgage Servicing
Attn:  Bankruptcy Department
1525 S. Beltline Road
Coppell, TX 75019


American Home Mortgage Servicing
Attn:  Bankruptcy Department
1525 S. Beltline Road
Coppell, TX 75019


Americas Servicing Company
Attn:  Bankruptcy
3476 State View Blvd.
Fort Mill, SC 29715

Associated Creditor Exchange
3443 N. Central Avenue
Suite 1100
Phoenix, AZ 85012


Associated Creditor Exchange
PO Box 33130
Phoenix, AZ 85067-3313


Associated Recovery Systems
PO Box 469046
Escondido CA 92046-9046


AT&T Real Yellow Pages
Published by Dex
5000 College Blvd.
Overland Park, KS 66211-1629


Bank of America
Attn:  Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27410


Bank of America
Attn:  Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC 27410


Bank of America
PO Box 17054
Wilmington, DE 19850


Blatt, Hasenmiller, Leibsker & Moore LLC
125 S. Wacker Drive, Suite 400
Chicago, IL 60606


Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo NY 14210-0000

Capital One, N.A.
Attn:  Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130


Chase Bank
Attn:  Bankruptcy
PO Box 15298
Wilmington, DE 19850


Chase Home Mortgage
PO Box 1093
Northridge, CA 91328


Chase Home Mortgage
PO Box 1093
Northridge, CA 91328


Chase Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127


Chicago Office Technology Group
1 E. Wacker Drive, Suite 1305
Chicago, IL 60601-1923


CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898


City of Peoria
419 Fulton
Peoria, IL 61602


City of Peoria
Legal Department
419 Fulton, Room 200
Peoria, IL 61602

City of Peoria - Finance Department
419 Fulton Street, Rm 106
Peoria, IL 61602-1276


Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-4047


Clyde B. Hendricks
245 NE Perry Ave.
Peoria, IL 61603


Codilis & Associates
15 W 030 N. Frontage Road
Burr Ridge, IL 60527


County of Peoria
County Clerk:  Tax & Real Estate
324 Main Street
Peoria, IL 61602


County of Peoria
County Clerk:  Tax & Real Estate
324 Main Street
Peoria, IL 61602


Digital Printing & Total Graphics Inc.
123 Eisenhower Lane South
Lombard, IL 60148-5408


Discover Financial Services
PO Box 6103
Carol Stream, IL 60197


Discover Financial Services
PO Box 6103
Carol Stream, IL 60197

Discover Financial Services
PO Box 6103
Carol Stream, IL 60197


Dyck O'Neal Inc.
15301 Spectrum Drive
Addison, TX 75001


Echelon Recovery Inc.
PO Box 1880
Vorhees, NJ 08043


Echelon Recovery Services
2 Echelon Plaza
221 Laurel Road, Suite 160
Voorhees NJ 08043


EMC Mortgage
Attn: Bankruptcy Clerk
PO Box 293150
Lewisville, TX 75029



Encore Receivable Management Inc.
PO Box 3330
Olathe KS 66063-3330


F. Oliva and Sons
317 Madison Street
Maywood, IL 60153-2191


Fifth Third Bank
5050 Kingsley Drive
Cincinnati OH 45227-0000


Fifth Third Bank
c/o Bankruptcy Dept. MDROPSO5
1850 East Paris
Grand Rapids, MI 49546

Fifth Third Bank
c/o Bankruptcy Dept., Mail Drop RSCB3E
1830 E. Paris Avenue
Grand Rapids, MI 49546


Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274-0789


Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908


FMS, Inc.
PO Box 707600
Tulsa OK 74170-7600


Folder Express
11616 I ST
Omaha, NE 68137


GEMB / Lowes
Attn:  Bankruptcy
PO Box 103104
Roswell GA 30076-0000


Graphic III Paper, Inc.
305 Eisenhower Lane South
Lombard, IL 60148-5406


Greater Peoria Sanitary District
2322 South Darst Street
Peoria, IL 61607-2093


Hagg Press, Inc.
1165 Jansen Farm Court
Elgin, IL 60123

Heritage Bank of Central Illinois
Attn: Bankruptcy
615 North Trivoli Avenue
Trivoli, IL 61569


Integrated Print and Graphics, Inc.
645 Stevenson Road
South Elgin, IL 60177-1134


Irwin Mortgage Company
PO Box 3084
Visalia, CA 93278


James Douglas & Associates
901 Burlington Avenue
Western Springs, IL 60558


James Douglas & Associates
PO Box 318
Western Springs, IL 60558


Joerg Seifert, Ltd., P.C.
263 North York Road, Suite 201
Elmhurst, IL 60126


Law Office of Troy I. Roberts, PC
245 NE Perry Avenue
Peoria, IL 61603-3625


Monarch Recovery Management, Inc.
10965 Decatur Road
Philadelphia, PA 19154


NAFS, Inc.
PO Box 9027
Buffalo NY 14231-0000

National Action Financial Services
165 Lawrence Bell Drive
Suite 100
Buffalo NY 14221-7817


National Enterprise Systems
29125 Solon Road
Solon OH 44139-0000


Patrick Nichting
City Treasurer/Township Collector
419 Fulton, Room 100
Peoria, IL 61602


Peoria County Clerk
324 Main Street, Room 101
Peoria, IL 60602


Phillips & Cohen Associates, Ltd.
1002 Justison Street
Wilmington DE 19801-0000


Priority Print
9433 Ogden Avenue
Brookfield, IL 60513-1896


Redline Recovery Services
11675 Rainwater Dr. Ste 350
Alpharetta GA 30009-0000


Riverside Bank Gulfcoast
521 Del Prado Blvd. S
Cape Coral, FL 33990


Roundpoint Mortgage Servicing Corp.
5032 Parkway Plaza Blvd., Suite 200
Charolette, NC 28217

Roundpoint Mortgage Servicing Corp.
PO Box 19409
Charolette, NC 28219-9409


Suntrust Mortgage
Attn:  Bankruptcy
PO Box 85092
Richmond, VA 23286


Taylor Bean and Whitaker Mortgage
Attn:  Bankruptcy
1417 N. Magnolia Avenue
Ocala, FL 34475


Taylor Bean and Whitaker Mortgage
Attn:  Bankruptcy
1417 N. Magnolia Avenue
Ocala, FL 34475


Team Concept Printing and Thermography
540 Tower Blvd.
Carol Stream, IL 60188


The Bureaus Inc.
1717 Central Street
Evanston, IL 60201


Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Universal / Citibank SD, NA
Attn:  Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195


US Bank
Illinois-Chicago Indirect Lending
PO Box 790179
St. Louis, MO 96179-0179

US Bank NA ND
Attn:  Bankruptcy Department
PO Box 5227
Cincinnati, OH 45201


US Bank NA ND
Attn:  Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201


Veola Enviornmental Services
4612 W. Lake Street
Melrose Park, IL 60160


Viking Collection Service, Inc.
7500 Office Ridge Circle
Eden Prairie MN 55344-0000


Wachovia Mortgage / Wells Fargo
Attn:  Bankruptcy
PO Box 10335
Des Moines, IA 50306


Xerox Corporation
PO Box 660501
Dallas, TX 75266-0501


Xerox Corporation
PO Box 660501
Dallas, TX 75266-0501


Yellowbook
PO Box 3162
Cedar Rapids, IA 52406-9921